AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION

| | |
|---|---|
| EVERST ENTERPRISE L L C  )  <br> *Plaintiff*  ) <br> v.  ) <br>   ) <br> AMGUARD INSURANCE CO  ) <br> *Defendant*  ) | Civil Action No. 2:22−CV−01232−JDC−KK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    AmGuard Insurance Co

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Craig Ray Hill
> Jones & Hill (OB)
> P O Box 1260
> Oberlin, LA 70655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/9/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22–CV–01232–JDC–KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AmGuard Insurance Co was received by me on *(date)* May 9, 2022, 12:40 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kara Caldwell, Authorized Employee of the Louisiana Secretary of State who is designated by law to accept service of process on behalf of *(name of organization)* AmGuard Insurance Co on *(date)* 05/10/2022 at 2:25 PM.

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0 for travel and $ 153.50 for services, for a total of $ 153.50.

I declare under penalty of perjury that this information is true.

Date: 05/11/2022

*Server's signature*

Herb Battistella, Process Server

*Printed name and title*

CAPITAL PROCE SERVICE, LLC…………......
…………………5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………225-756-2537 •
www.BatonRougeProcessServer.com

*Server's address*

Additional information regarding attempted service, etc.:

Fees indicated above include a printing charge, along with advancing the $50 Louisiana Secretary of State filing fee.