UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**EVEREST ENTERPRISE, LLC**                           **CASE NO.: 2:22-CV-01232**

**VERSUS**                                            **JUDGE JAMES D. CAIN, JR.**

**AMGUARD INSURANCE CO.**                             **MAGISTRATE JUDGE THOMAS P LEBLANC**

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, EVEREST ENTERPRISE, LLC ("Plaintiff"), who, upon suggesting to this Honorable Court that all claims asserted by the Plaintiff against the Defendant, AMGUARD INSURANCE COMPANY ("Defendant"), have been amicably resolved, settled, and compromised, hereby moves and prays that this Honorable Court dismiss all of the Plaintiff's claims asserted in this cause against the Defendant, with prejudice, and with each party to bear their own costs.

Respectfully submitted:
JONES & HILL, LLC


/s/ *Craig Ray Hill*
CRAIG RAY HILL (#23780)
PO BOX 1260
OBERLIN, LA 70655
TEL: 337-639-2127
FAX: 337-639-2134

## CERTIFICATE OF SERVICE

I hereby certify that this pleading will be filed electronically via the Court's EM/ECF system, and that all parties will be served via that system.

Oberlin, Louisiana, this 1st day of May, 2024

                        /s/ *Craig Ray Hill*_____
                        CRAIG RAY HILL