# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**EVEREST ENTERPRISE, LLC**　　　　　　　　　　**CASE NO.: 2:22-CV-01232**

**VERSUS**　　　　　　　　　　　　　　　　　　**JUDGE JAMES D. CAIN, JR.**

**AMGUARD INSURANCE CO.**　　　　　　　　**MAGISTRATE JUDGE THOMAS P LEBLANC**

## ORDER OF DISMISSAL WITH PREJUDICE

**CONSIDERING THE FORGOING MOTION TO DISMISS**:

**IT IS HEREBY ORDERED** that all claims asserted by the Plaintiff, EVEREST ENTERPRISE, LLC, against the Defendant, AMGUARD INSURANCE COMPANY, in the above captioned matter, be, and hereby are, dismissed, with prejudice, and with each party to bear their own costs.

**THUS DONE AND SIGNED** in Chambers this 2nd day of May, 2024.

_[signature]_
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**